v.

**The STATE of Texas, Appellee.**

No. 28132.

Court of Criminal Appeals of Texas.

March 7, 1956.

**Wade Travis HARDWICK, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28093.

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving is the offense; the punishment, three days' confinement in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.